

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00309-CV

**IN THE INTEREST OF M.D.C.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2024EM500751
Honorable Eric J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

    In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

    SIGNED August 14, 2024.

_____
Rebeca C. Martinez, Chief Justice